TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Transnational Organized Crime Section
MARIA ELENA STITELER (Cal. Bar No. 296086)
Assistant United States Attorney
Transnational Organized Crime Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3165/(505) 224-1495
Facsimile: (213) 894-0141
E-mail: Lyndsi.Allsop@usdoj.gov
Maria.Stiteler@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ALBERTO PEÑA GOYENECHE,<br>aka "W7ZZTY4Y,"<br><br>Defendant. | No. CR 2:24-00369(A)-SPG-7<br><br><u>DECLARATION OF TIFFANY FARMER</u><br><br>Hearing Date: November 18, 2026<br>Hearing Time: 11:00 a.m.<br>Location: Courtroom of the Hon. Sherilyn Peace Garnett |

Plaintiff United States of America, by and through its counsel of record, the Attorney General for the United States of America, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorneys Lyndsi Allsop and Maria Elena Stiteler, hereby files the Declaration of Tiffany Farmer in support of its sentencing position as to defendant Carlos Alberto

///

///

Peña Goyeneche.

Dated: November 13, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/

LYNDSI ALLSOP
MARIA ELENA STITELER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF TIFFANY FARMER

I, Tiffany Farmer, declare as follows:

1. I am a Correctional Program Specialist at the Designation and Sentence Computation Center ("DSCC"), in Grand Prairie, Texas. DSCC is a U.S. Federal Bureau of Prisons ("BOP") facility.

2. The DSCC is the BOP office that decides which prison a newly sentenced person will attend and calculates their release date.

3. I am aware of the following:

a. Foreign jail credit can only be applied as credit towards a defendant's federal term of imprisonment if the time at issue meets the requirements of either 18 U.S.C. §§ 3585(b)(1) or (b)(2). BOP would need to know the specific dates the inmate was in custody in the foreign country and whether any of that time was credited against a sentence.

b. If the Presentence Investigation Report ("PSR") clearly states the relevant dates and confirms that the credit has not been applied to any other sentence and the time in question satisfies the other requirements of §§ 3585(b)(1) or (b)(2), then BOP would give the inmate credit for that time against the federal term of imprisonment without the need for any additional verification. If, however, the PSR does not clearly verify that the jail credit is appropriate under §§ 3585(b)(1) or (b)(2), then BOP must attempt to verify the relevant information.

c. The verification process can be time-consuming, involving interviews with the inmate (normally, these would be conducted at the inmate's designated institution), contact with the Department of Justice's Office of International Affairs (OIA), and ultimately, contact with the foreign government.

4. In the matter of defendant Carlos Alberto Peña Goyeneche, BOP can attest that it will award whatever credit is appropriate under § 3585(b).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Grand Prairie, Texas, on November 13, 2026.

TIFFANY FARMER Digitally signed by TIFFANY FARMER Date: 2026.11.13 11:41:09 -06'00'

TIFFANY FARMER